# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PORTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | Case No. 1:14-cv-0431-LJO-SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> ECF NO. 6, 8, 28 |

On April 1, 2014, Defendants Deutsche Bank National Trust Company and Select Portfolio Servicing, Inc. filed a motion to dismiss. (ECF No. 6.) On April 2, 2014, Defendants Bank of America, N.A., Sunita Narayanan, ReconTrust Company, N.A., Rosselin Rincon, and Loryn Stone (all defendants collectively referred to as "Defendants") filed a motion to dismiss. (ECF No. 8.) On May 7, 2014, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that both motions to dismiss be granted and that Plaintiffs Donna Porter and Lynn Porter's ("Plaintiffs") complaint be dismissed with leave to amend. (ECF No. 28.)

The Findings and Recommendations contained notice that any objections were to be filed within thirty (30) days. On June 5, 2014, Plaintiffs Donna Porter and Lynn Porter filed objections to the Findings and Recommendations. (ECF No. 31.)

/ / /

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.  Plaintiffs' objections to the Findings and Recommendations consist only of vague, isolated statements such as "Plaintiff responded pursuant to Rule 12 F" and "Absolutely False." (Pls.' Obj. to Magistrate Judge Findings and Recommendations 1.)  Plaintiffs do not identify any defect or error in the magistrate judge's analysis.

Accordingly, it is HEREBY ORDERED that:

1. The May 7, 2014 Findings and Recommendations are ADOPTED IN FULL;
2. Defendants' motions to dismiss are GRANTED;
3. Plaintiffs' First Amended Complaint is DISMISSED with leave to amend; and
4. If Plaintiffs wish to amend, their Second Amended Complaint must be filed on or before July 9, 2014.  If the Second Amended Complaint is not filed by July 9, 2014, this action will be closed.

IT IS SO ORDERED.

Dated:   **June 12, 2014**              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

2