# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PORTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | Case No. 1:14-cv-0431-LJO-SAB <br><br> ORDER REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT <br><br> DEADLINE: SEPTEMBER 19, 2014 |

On June 12, 2014, an order was filed granting Defendants' motion to dismiss and ordering Plaintiff to file an amended complaint by July 9, 2014. Rather than file an amended complaint, Plaintiff filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit on July 7, 2014. On August 19, 2014, the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction.

Accordingly, Plaintiff shall file a second amended complaint on or before September 19, 2014. If Plaintiff fails to file a second amended complaint in compliance with this order, this action will be dismissed and closed.

IT IS SO ORDERED.

Dated: **August 21, 2014**

UNITED STATES MAGISTRATE JUDGE

1